# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
## AT Knoxville

Robert Joseph Atkins )
)
_____ )
)
_____ )
Name of plaintiff (s) )
)
v. Sheriff Tom Spangler, )
Captain Turner, )
c/o Vazquez, )
c/o Williams, c/o Williams )
_____ )
Name of defendant (s) )

Case No. 3:21-mc-13
(to be assigned by Clerk)

Crytzer/Poplin

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

On Feb 10, 2020 my 5th Amendment Rights where violated by Knox County Correctional Staff after I stated I do not want to talk to Detective.

2. Plaintiff, Robert Joseph Atkins resides at 5001 Maloneyville Rd., Knoxville
   street address                                                city
   Knox, TN, 37918, _____.
   county    state  zip code   telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

_____

_____

1

5. A demand for judgment for the relief you seek (list what you want the Court to do):

   a. Compensation for pain and the violation of my Amendment Rights.
   b. I want all officers who took part in violating these Right to be dismissed
   c. of any correctional or police duty.

   d. I also was charged 2nd degree murder for an involuntary confession I want the charge dismissed.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this ____January____ day of ____05____, 20_21_.

_____
_____
_____
Signature of plaintiff (s)

3

3. Defendant, __Chief Turner__ lives at, or its business is located at __5001 Maloneyville Rd.__, __Knoxville__,
street address / city
__Knox__, __TN__, __37918__.
county / state / zip code

(if more than one defendant, provide the same information for each defendant below)
So Vazquez, So Williams, So Williams
5001 Maloneyville Rd. Knoxville, Knox county,
TN 37918

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

On Feb 10, 2020 I was housed at Knox County Detention Facility I had been woke up at 3:00 A.M. I asked officer Seckman am I going to court he stated no your going to talk to the Detectives at the KCS I stated no I don't want to talk to the Detectives he then threatened to send me to the hole which is a place for discipline so I left scared to go to the hole while at KCS I stated to Chief Turner who was Captain at the time I did not want to talk to Detectives while being recorded on the body cams of So's Vazquez, Williams, and a heavyset So Williams that's when Williams and Williams maced and tazed me while Vazquez slammed me down.

2

I was awakened by an officer at 3:00 A.M. on Feb 10, 2020 knowing I don't go to court until Feb 14, 2020 so I asked where am I going and he stated to talk to Detectives that's when I stated I didn't want to talk to Detectives and he threatened me with disciplinary actions so I went to the Knox County Jail as I was at Knox County in a booth I stated to Lt. Turner along with C/O Vazquez, Williams who works transportation and C/O Williams who is a heavyset officer who now works at the Detention Facility each officer was promoted after the incident I told Lt. Turner I did not want to talk to Detectives which I stated this on each officers body cams which after being maced and tazed I made an involuntary confession that was not true but I had been scared by these officers which my DA Kevin Allen stated to my attorney he was not going to change he just wanted Detectives to get more Info that's when I was maced and tazed

4

V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

Compensation for pain and suffering. I also would like for every officer who took part to be dismissed of any correctional or police duty.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _January_ day of _5_, 20_21_.

_____
Signature of plaintiff(s)

1-27-21

To whom this may concern I was violated of my 5th Amendment Rights DA Kevin Allen stated to my attorney he had wanted more info about a overdose victim he said he was not going to charge me with 2nd degree murder or anything but they had been looking for me for at least 1 year and a half to ask questions but on Feb 10, 2021 he sent Detectives to talk to me I was housed at the Knoxville Detention Facility I was awakened at 3:00 A.m. by an Officer when I asked am I going to court because my court date wasn't set for Feb 10, 2021 it was set for Feb 14, 2021 so then he stated no you are being sent to talk to Detectives that's when I stated I didn't want to talk to Detectives that's when he threatened me with disciplinary actions so I went that's when I stated on body camera of Officers Vazquez, Williams, Williams, and Cpt. Turner at Knox County Jail I did not want to talk to Detectives that's when I was maced and tazed for saying no and forced to talk which then I gave an involuntary confession because I was scared I would recieve the same treatment then 7 months later I was indicted for 2nd degree murder because of an involuntary confession and my 5th Amendment Rights was violated

# KNOX COUNTY  SHERIFF'S OFFICE

## Disciplinary Hearing Results



Inmate's Full Name    ATKINS, ROBERT JOSEPH

IDN   453431        Booking   1149422

Incident Date   02/10/2020    Location   KCJ: VISITATION: BOOTH 1

Hearing Date    02/13/2020 09:46

Charged Inmate Present    Yes

If not, why:

Inmate Represented by   ROBERT JOSEPH ATKINS        Event Number   KCJ021020200815

Witnesses:

Statements:

Postponed   No    If yes, why:

| Date of Incident | Violation | Disposition | Sentence | Recomm Behav Credit To Be Taken | Days Credited |
|---|---|---|---|---|---|
| 02/10/2020 | II-215-RESISTING (PHYSICALLY) | GUILTY | 30 | 8 | 0 |
| | Reason for Disposition: | BASED ON THE OFFICERS REPORT AND THE VIDEO EVIDENCE. | | | |

| Sentence Subtotal | 30 | Days Credited | 0 | Final Sentence | 30 | Consecutive with Pres Sentence ( ) | Due Out | 03/14/2020 |
|---|---|---|---|---|---|---|---|---|

Revoked Commissary (Excluding Personal Hygiene)                               Yes    Until

Revoked Visitation and Messaging (Excluding Legal Visits)                     Yes    Until

Revoked Telephone Privileges and Messaging (Excluding Legal Calls)            Yes    Until

The following sanctions will be imposed:

Recommendation to attend anger management classes                             No

Reclassification                                                              No

Summary of Findings:

THE INMATE PLEADS NOT GUILTY TO THE CLASS II-215. THE INMATE STATES THAT HE NEVER RESISTED
OFFICER CONTROL. UPON REVIEWING THE OFFICERS BODY CAMERA, THE INMATE CAN CLEARLY BE SEEN TAKING
A FIGHTING STANCE BY BLADING HIS BODY AND PUSHING OFF THE WALL AND TURNING TORWARD OFFICERS. THE
INMATE WILL BE FOUND GUILTY BASED ON THE OFFICERS REPORT AND THE VIDEO EVIDENCE.

Inmate Signature                          Date Signed   02/13/2020 09:51

Board Members:   BRYAN ALLIGOOD(1428096), ROBERT SEALS(1307003)

---

Reviewer's Signature: _____        Date: _____

( ) Approve     ( ) New Hearing     ( ) Open Pending Inmate Return Within One Calendar Year

Comments: _____

Form #1118 (06/07)

Robert Hinins #453431
500 Maloneyville Rd.
Knoxville, TN 37918

Eastern District of Tennessee
Office of
Clerk United States District Court
800 Market St. Suite 130
Knoxville, TN 37902

Sender is an inmate of a
Correctional Facility

